# EXHIBIT B

**U.S. Department of State, Bureau of Consular Affairs, Office of the Legal Adviser, Judicial Assistance Team correspondence (September 3, 2026)**

JDKATZ
ATTORNEYS AT LAW

**Antonio Musalem Pinto <antonio@jdkatz.com>**

---

# Iran FSIA Service Questions

2 messages

---

**Sion Evans** <Sion@jdkatz.com> Thu, Aug 27, 2026 at 2:26 PM
To: FSIA-LR@state.gov
Cc: Jeffrey Katz <jeffrey@jdkatz.com>, Antonio Musalem Pinto <antonio@jdkatz.com>

We write to request an updated status determination regarding the availability of service of process upon the Islamic Republic of Iran through diplomatic channels under 28 U.S.C. §1608(a)(4). This letter follows the Department's correspondence dated June 15, 2026, in which the Department advised that, while the Embassy of the Swiss Confederation continues to serve as the protecting power for United States interests in Iran, the Foreign Interests Section in Tehran has reopened, but at this time there are still no regular diplomatic shipments between Bern and Tehran, which continues to inhibit the ability to transmit documents in either direction, ultimately making service upon Iranian defendants under Section 1608(a)(4) was not possible at the time.

In light of the foregoing, we respectfully request that the Department advise whether service of process upon the Islamic Republic of Iran pursuant to Section 1608(a)(4) is available at this time. If service is not yet available, we would be grateful for any estimate the Department is able to provide as to when such service is anticipated to become possible. To the extent the Department's position has changed since its June 15, 2026 correspondence, we would appreciate written confirmation upon which we may rely in apprising the relevant courts of the status of service in the pending matters.

We appreciate the continued assistance of your office, and of your colleagues at the U.S. Embassy in Bern, in tracking these matters as circumstances develop. Please do not hesitate to contact me directly should you require any additional information

Kindest Regards,

**Sion Evans | Paralegal**
JDKatz, PC
4800 Montgomery Lane ||Suite 600 || Bethesda, MD 20814
Direct Dial 240-657-0497| F 443-645-6374| (301) 913-2948
Sion@jdkatz.com | www.jdkatz.com
Please be sure to check out Mr. Katz's Finding Safe Harbor: The Complete Maryland Medicaid Planning Guide 2025

---

**FSIA-LR** <FSIA-LR@state.gov> Thu, Sep 3, 2026 at 9:57 AM
To: Sion Evans <Sion@jdkatz.com>, FSIA-LR <FSIA-LR@state.gov>
Cc: Jeffrey Katz <jeffrey@jdkatz.com>, Antonio Musalem Pinto <antonio@jdkatz.com>

Good morning,

Given the security situation in Iran, service upon Iranian defendants under Sec. 1608(a)(4) is not possible at this time. We may continue to hold any pending requests until such a time as we are able to provide the service requested or circumstances change. Should you wish to have the documents returned, you may contact our office. We regret that we don't have additional information to share at this time, and we are unable to give you a precise timetable for when service may be accomplished, but please do not hesitate to contact our office if you need additional status updates in the future.

Sincerely,

Judicial Assistance Team

U.S. Department of State

Bureau of Consular Affairs

Office of the Legal Adviser

U.S. DEPARTMENT of STATE

SENSITIVE BUT UNCLASSIFIED

[Quoted text hidden]

---

***JDKATZ, P.C. Website*** :

*We've moved! Please note our new address: 4800 Montgomery Lane, Suite 600, Bethesda, Maryland 20814. Our phone numbers and email addresses remain the same. We look forward to serving you in our new offices.*

**Confidentiality Notice:** This e-mail, including any attachment(s), is intended for receipt and use by the intended addressee(s), and may contain confidential and privileged information. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use or distribution of this e-mail is strictly prohibited, and requested to delete this communication and its attachment(s) without making any copies thereof and to contact the sender of this e-mail immediately. **Electronic Signature Notice:** Nothing contained in the body and/or header of this e-mail is intended as a signature or intended to bind the addressor or any person represented by the addressor to the terms of any agreement that may be the subject of this e-mail or its attachment(s), except where such intent is expressly indicated. **Environmental Notice:** Think Green - Please consider the environment before printing this e-mail.